## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re the Chapter 11 of | ) | |
| | ) | |
| DITTO TRANSPORT, LLC | ) | No. 14-05469 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF MOTION

    Take notice that on December 23, 2014 at 10:00a.m. in Courtroom 744 of the Dirksen Federal Building located at 219 South Dearborn St., Chicago, IL 60604 I shall present the Debtor's Counsel's **Final Fee Application**.

Respectfully Submitted
By
Ben Schneider

/s/Ben Schneider
One Attorneys for the Debtor in Possession

Ben Schneider
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Office: 847-933-0300
Fax: 847-676-2676
ARDC #6295667

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re the Chapter 11 of            )
                                   )
DITTO TRANSPORT, LLC               )        No. 14-05469
                                   )
            Debtor(s).             )

## FINAL FEE APPLICATION

Pursuant to sections 330, and 503(b)(1)(A) of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois, (the "Local Rules"), SCHNEIDER & STONE as general bankruptcy counsel for the Debtor, (the "Attorneys"), submits its **Final Fee Application** in which it is seeking compensation in the amount of $13,812.50 and reimbursement of incurred expenses of $1,321.

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. 157 and 1334. This matter is before the Court pursuant to 28 U.S.C. 157 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the captioned Chapter 11 case, (the "Case"), and this Application is proper in this district pursuant to 28 U.S.C. 1408 and 1409. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. 157(b)(1) and (b)(2)(A) and/or (O).

3. The statutory predicates for the relief sought herein are sections 330, and 503(b) of the Bankruptcy Code.

## **GENERAL BACKGROUND**

4. The Debtor's Chapter 11 Petition was filed on 2/20/2014, (the "Petition Date"), at which time the Debtor remained in possession of its assets and operated as a debtor in possession pursuant to 11 U.S.C. 1107 and 1108.

5. On 4/29/14, the Court entered an order approving the Attorneys as general bankruptcy counsel for the Debtor.

6. Prior to the Petition Date, the Debtor paid to the Attorney a pre-petition advanced fee retainer of $10,000. After the Confirmation Order was entered on 10/21/14, the Debtor paid the Attorneys an additional $3,117.67 pursuant to the Plan.

7. During the period from 2/18/2014-12/3/2104:

    a. Partner Ben Schneider spent 36.6 hours working on this matter at $350/hour with an aggregate value of $12,135.

    b. Partner Matthew Stone spent 1 hour working on this matter at $350/hour with an aggregate value of $350.

    c. Paralegal Eliana Brandes spent 5.3 hours working on this matter at $175/hour with an aggregate value of $1,037.50.

    d. Attorney Jody Rosenbaum spent 1 hour working on this matter at $350/hour with an aggregate value of $350.

    e. The Attorneys and Paralegal expended 43.9 hours with an aggregate value of $13,812.50 and incurred $1,321 in expenses on behalf of the Debtor.

8. A detailed accounting of the time spent by the Attorneys and the Paralegal working on this case is attached to this Application. (See accounting of time attached as Exhibit "A").

9. The Attorneys are now seeking approval of final compensation in the amount of $13,812.50 and expense reimbursement of $1,321.

10. Should this Application be granted, the balance of $2,015.83 is to be paid by the Debtor.

Wherefore, the Attorneys request that this Court enter an order:

A. Approving final compensation for the Attorneys of $13,812.50 and expenses of $1,321.00.;

B. For any other relief that the Court deems fair and just under the circumstances.

Respectfully Submitted
By
Ben Schneider

/s/Ben Schneider
One of the Attorneys for the Debtors in Possession

Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
ARDC # 6295667