**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re the Chapter 11 of | ) | |
| | ) | |
| DITTO TRANSPORT, LLC | ) | No. 14-05469 |
| | ) | |
| Debtor(s). | ) | |

**SUPPLEMENT TO MOTION FOR FINAL DECREE**

1. Paragraph 3 of the Motion for Final Decree makes reference to the fact that the Debtor
   has commenced distribution under the Plan but is lacking in specific detail about who has
   been paid.

2. The following is a detailed list of who has been paid pursuant to the Plan since
   confirmation:

Class I
11/1/2014 Mark Petrick, $10,000

Class II
11/1/2014 Ryder Truck Rental, $14,063.73

Class III
12/1/2014 New Logic, $2,651.03
12/1/2014 Business Backer, LLC, $428.74

Class IV
12/1/2014 Speedway, LLC, $268.92
12/1/2014 IPFS Corporation, $183.34
12/1/2014 Commonwealth Edison, Co., $0.66
12/1/2014 Olson Oil Company, Inc., $478.87
12/1/2014 Penske Truck Leasing Co. LP, $986.63
12/1/2014 PACCAR Leasing Company, $228.30
12/1/2014 Cashman Equipment, $58.08
12/1/2014 Verizon Wireless, $3.42
12/1/2014 Toyota Financial Services, $87.25
12/1/2014 Mercedes Benz Financial Services, USA, $569.99
12/1/2014 Mark Petrick, $94.15

3.  The above are all of the payments required by the Plan through the second month

following confirmation.


Respectfully Submitted
DITTO TRANSPORT, LLC


_____/s/Ben Schneider_____
One of its Attorneys

Ben Schneider
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Office: 847-933-0300
Fax: 847-676-2676
ARDC #6295667