**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| DITTO TRANSPORT, LLC ) | No. 14-05469 |
| ) | |
| Debtor(s). ) | |

## AMENDED NOTICE OF MOTION

TO:

Patrick Layng, United States Trustee (by electronic notice)

All Creditors on the attached Creditor Service List were served by First Class US Mail.

PLEASE TAKE NOTICE that on December 23, 2014 at 10:00 am, at 219 S. Dearborn, Chicago, IL, 60604, in Courtroom 744, the Bankruptcy Court will hold a hearing to consider Debtor's **Motion for Entry of Final Decree**.

/s/Ben Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 4950 Madison St., Skokie, IL, 60077, on December 2, 2014 except that the trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ _Ben Schneider
Ben Schneider