UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-05469 |
| DITTO TRANSPORT, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| Debtor(s) | ) | |

**Order on Debtors' Motion for Entry of Final Decree**

    The Debtors' Motion for Entry of Final Decree is granted. The Debtors' Plan of Reorganization is substantially consummated and the Bankruptcy Case is closed.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 23, 2014

**Prepared by:**

Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667