UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
)
)
)  Case No. 14 B 05469
DITTO TRANSPORT, LLC  )
)
)
)  Chapter 11
Debtor.  )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ALLOWING APPLICATION OF SCHNEIDER & STONE, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $13,812.50 | TOTAL COSTS REQUESTED: | $1,321.00 |
| TOTAL FEES REDUCED: | $773.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $13,039.00 | TOTAL COSTS ALLOWED: | $1,321.00 |

**TOTAL FEES AND COSTS ALLOWED: $14,360.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)    **Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)    **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: December 23, 2014

/s/ Janet S. Baer
Janet S. Baer
United States Bankruptcy Judge

**Schneider & Stone**
8424 Skokie Blvd., #200
Skokie, IL 60077

December 03, 2014
Invoice Number: 1095

Ditto Transport, LLC

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
|  |  | **Previous Balance** |  |  | $0.00 |
| 2/18/2014 | Ben | Filing Fee |  |  | $1,213.00 |
| 2/18/2014 | Ben | Petition Preparation<br>Initial drafting of schedules and forms with the principals. | 2.00 | $350.00 | $700.00 |
| 2/18/2014 | Ben | Retainer |  |  | ($10,000.00) |
| 2/19/2014 | Ben | Speak to Ryder about long term plan<br>Discuss the upcoming bankruptcy case with Ryder who is crucial to the operation of the Debtor's business. | 0.20 | $350.00 | $70.00 |
| 2/20/2014 | Ben | Draft Emergency Application/Motion<br>Emergency motion to pay pre-petition wages. | 3.80 | $350.00 | $1,330.00 |
| 2/20/2014 | Eliana | Amend B, G | 0.30 | $175.00 | $52.50 |
| 2/21/2014 | Ben | Hearing<br>Hearing on emergency motion. Motion denied as the respondent is required to perform as a party to an executory contract. | 1.00 | $350.00 | $350.00 |
| 2/21/2014 | Ben | Prepare for Emergency Hearing | 2.10 | $350.00 | $735.00 |
| 2/21/2014 | Ben | Transit | 1.00 | $125.00 | $125.00 |
| 2/21/2014 | Eliana | Call creditors<br>Call all creditors to inform them of the upcoming emergency motion. | 1.10 | $175.00 | $192.50 |
| 2/24/2014 | Ben | Speak to Kirk about letter from Custom Personnel | 0.20 | $350.00 | $70.00 |
| 2/25/2014 | Ben | Speak to Kirk and Todd about letter and assumption of lease<br>Discuss assumption of Custom Personnel contract. | 0.60 | $350.00 | $210.00 |
| 2/26/2014 | Ben | Draft Motion Assumption<br>Custom Personnel contract. | 1.00 | $350.00 | $350.00 |
| 2/27/2014 | Ben | Speak to Ryder about Breach of Contract and Assumption of Lease<br>Ryder's proof of claim included breach of contract damages that we disputed. Ryder agreed that those damages were to be applied only if the contract was not assumed. | 0.20 | $350.00 | $70.00 |
| 3/5/2014 | Ben | Motion for Assumption of Lease (4)<br>Custom Personnel. | 1.00 | $350.00 | $350.00 |
| 3/5/2014 | Ben | Transit | 2.00 | $125.00 | $250.00 |
| 3/18/2014 | Eliana Brandes | Send out Notice of Filing and Operating Report | 0.50 | $275.00 | $137.50 |
| 3/19/2014 | Ben | IDI (4) | 0.80 | $350.00 | $280.00 |
| 3/19/2014 | Ben | Motion to Assume<br>Custom Personnel (continued) | 0.80 | $350.00 | $280.00 |
| 3/19/2014 | Ben | Transit |  |  | $10.00 |
| 3/25/2014 | Ben | Draft and File Motion to Employ and Motion to Set Date (7) | 0.90 | $350.00 | $315.00 |

Handwritten margin notes: -350, -280, -315, -661.50

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/25/2014 | Eliana | Draft Motions for Authority and Claims Bar Date | 0.50 | $175.00 | $87.50 |
| 3/26/2014 | Eliana | Amend Schedule D | 0.20 | $175.00 | $35.00 |
| 3/26/2014 | Eliana | Amended Schedule D Fee | | | $30.00 |
| 3/27/2014 | Ben | 341 Meeting | 1.00 | $350.00 | $350.00 |
| 3/27/2014 | Ben | Parking | | | $18.00 |
| 4/25/2014 | Eliana | Amend Schedules E, F, G | 0.40 | $175.00 | $70.00 |
| 4/25/2014 | Eliana | Amended Schedule E, F Fee | | | $30.00 |
| 4/25/2014 | Eliana | File Monthly Operating Report | 0.30 | $175.00 | $52.50 |
| 4/29/2014 | Ben | Motion to Set CBD and Employ | 1.00 | $350.00 | $350.00 |
| 4/29/2014 | Ben | Parking | | | $10.00 |
| 5/1/2014 | Eliana | Creditor Call | 0.50 | $175.00 | $87.50 |
| 5/22/2014 | Eliana | File Monthly Operating Report | 0.30 | $175.00 | $52.50 |
| 6/9/2014 | Ben | Draft and file Motion to Extend Time for Filing Plan and Disc Statemen | 0.70 | $350.00 | $245.00 |
| 6/24/2014 | Ben | Parking | | | $10.00 |
| 6/24/2014 | Ben | Status/Motion to Extend | 1.00 | $350.00 | $350.00 |
| 6/24/2014 | Eliana | File Monthly Operating Report | 0.30 | $175.00 | $52.50 |
| 7/8/2014 | Ben | Discuss status of case with client | 0.20 | $350.00 | $70.00 |
| 7/22/2014 | Eliana | File Monthly Operating Report | 0.30 | $175.00 | $52.50 |
| 7/28/2014 | Ben | Draft Plan | 5.00 | $350.00 | $1,750.00 |
| 8/12/2014 | Ben | Draft Plan | 1.00 | $350.00 | $350.00 |
| 8/14/2014 | Ben | Draft Plan and Disclosure Statement | 2.00 | $350.00 | $700.00 |
| 8/18/2014 | Ben | Draft Plan and Disclosure Statement | 0.50 | $350.00 | $175.00 |
| 8/19/2014 | Ben | Finalize Plan and Disclosure Statement | 1.50 | $350.00 | $525.00 |
| 8/21/2014 | Ben | Amend Plan and Disc | 0.50 | $350.00 | $175.00 |
| 8/21/2014 | Eliana | File Monthly Operating Report | 0.30 | $175.00 | $52.50 |
| 8/22/2014 | Ben | Amd Disc | 0.40 | $350.00 | $140.00 |
| 8/26/2014 | Motty | Status | 1.00 | $350.00 | $350.00 |
| 9/3/2014 | Ben | Finalize and send Plan and Disc | 0.40 | $350.00 | $140.00 |
| 10/7/2014 | Ben | Prepare and File Ballot Report | 0.40 | $350.00 | $140.00 |
| 10/21/2014 | Ben | Confirmation Hearing | 1.00 | $350.00 | $350.00 |
| 10/21/2014 | Eliana | File Monthly Operating Report | 0.30 | $175.00 | $52.50 |
| 11/10/2014 | Ben | Retainer Payment under month 1 of the Plan | | | ($3,117.67) |
| 11/25/2014 | Jody (Coverage) | Post Confirmation Status | 1.00 | $350.00 | $350.00 |
| 12/2/2014 | Ben | Draft and file Motion for Final Decree | 0.60 | $350.00 | $210.00 |
| 12/3/2014 | Ben | Draft and file Final Fee Application | 1.50 | $350.00 | $525.00 |
| 12/3/2014 | Ben | Draft Supplement for Motion for Final Decree | 0.30 | $350.00 | $105.00 |
| | | **Amount Due** | 43.90 | | $2,015.83 |